## 40465. SHEETS v. ASSOCIATES DISCOUNT CORPORATION.

NICHOLS, Presiding Judge. The only assignments of error in the present case deal with the correctness of a judgment sustaining the plaintiff's general demurrer to the defendant's answer and striking the same. "This order is not such a final judgment as can be reviewed by a direct bill of exceptions. *Code Ann.* § 6-701. *Henderson v. Howard,* 149 Ga. 63 (99 SE 27)." *Shaw v. Miller,* 214 Ga. 225 (104 SE2d 128). Accordingly, there being no exception to a final judgment, the writ of error must be dismissed.

*Writ of error dismissed. Hall and Russell, JJ., concur.*

DECIDED JANUARY 20, 1964.

*D. B. Phillips,* for plaintiff in error.
*Howard Oliver, Jr.,* contra.